AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original



LODGED
CLERK, U.S. DISTRICT COURT
05/04/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____AP____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
05/04/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____D.C.____ DEPUTY

United States of America,

v.

Jose Luis Montoya-Guerrero,

Defendant.

Case No. 5:21-mj-00329

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 30, 2021 in the county of Riverside in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), and (b)(2) | Illegal Re-entry of a Deported or Removed Alien |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

Elias Valdez, Deportation Officer-ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 4, 2021

Hon. Shashi H. Kewalramani, U.S. Magistrate Judge
*Printed name and title*

City and state: Riverside, California

AUSA: Courtney Malden (X1473)

**AFFIDAVIT**

I, ELIAS VALDEZ, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint charging JOSE LUIS MONTOYA-GUERRERO (MONTOYA-GUERRERO), also known as ("aka") "Jose Luis Montoya," ("aka") "Jose Montoya" ("aka") "Jose L Montoya," United States Code, Sections 1326(a) and (b)(1) (Alien Found in United States After Deportation or Removal).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER ELIAS VALDEZ

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since May 2011. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience reviewing immigration files, removal proceedings and executed final orders of removal.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about April 19, 2021, MONTOYA-GUERRERO was arrested and fingerprinted by the Riverside County Sheriff's Department, in Riverside County, California which resulted in a match in the FBI database. MONTOYA was charged with the following violations:

  a. Evade Peace Officer:Disregard Safety 2800.2 VC

  b. Obstruct/Resist Executive Officer 69 PC

  c. DUI Combined Alcohol and Drug 23152(G) VC

These charges are still pending, and MONTOYA-GUERRERO is currently in custody. On April 19, 2021, DHS, ICE, Pacific Enforcement Response Center ("PERC") was notified, based on MONTOYA-GUERRERO's fingerprints, that MONTOYA-GUERRERO was present in the United States and identified as a previously deported criminal alien. On April 19, 2021, I learned of this information when I conducted a review of the PERC database.

5. Based on my training and experience, I know DHS maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States. Based on my experience reviewing A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

6. On or about April 27, 2021, I reviewed the DHS A-File Number A089-430-696, which is maintained for the subject alien "Jose Luis Montoya-Guerrero". The A-File contained the following documents and information:

      a.    The fingerprints of the alien "Joe Luis MONTOYA-GUERRERO" as well FBI Number 860547AC0, which is associated with the alien and the fingerprints in the A-file.

      b.    Removal Orders showing that MONTOYA-GUERRERO was ordered removed from the United States to Mexico on September 21, 2012.

      c.    An executed I-205 Warrant of Removal/Deportation showing that MONTOYA-GUERRERO was officially removed and deported from the United States on December 10, 2012, and August 17, 2016.

      d.    I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed I-205 Warrant of Removal/Deportation in MONTOYA-GUERRERO's DHS A-File Number A089-430-696 contain his photograph, signature, and fingerprint.

      e.    A certified copy of conviction record, from the United States District Court, Southern District of Texas, case number 1:11CR00402-001, showing that MONTOYA-GUERRERO was convicted on or about April 10, 2012, for Alien in Possession of a Firearm, in violation of 18 United States Code Section 922(g)(5) and 924(a)(2), for which MONTOYA-GUERRERO was sentenced to (15) fifteen month's imprisonment.

      f.    A certified copy of conviction record, from the United States District Court, Southern District of Texas, case

3

number 1:13CR00639-001, showing that MONTOYA-GUERRERO was convicted on or about December 12, 2014, for Alien Unlawfully Found in the United States After Deportation, Having Previously Been Convicted of a Felony, in violation of 8 United States Code Section 1326(a) and 1326(b)(1), for which MONTOYA-GUERRERO was sentenced to (30) thirty month's imprisonment.

  g. Various documents, indicating that MONTOYA-GUERRERO is a native and citizen of Mexico.  These documents include the Record of Sworn Statement in Administrative Proceedings under Section 238(b) of the Act; Final Administrative Removal Order, dated September 21, 2012.

 7. On April 27, 2021, I reviewed the printouts of the Criminal Identification Index ("CII").  Based on my training and experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number.  The CII printouts confirmed that MONTOYA-GUERRERO had been convicted of the crimes reflected in the documents contained in the DHS A-File Number A089-430-696 described above.

 8. On April 27, 2021, I reviewed the printouts of ICE computer indices on MONTOYA-GUERRERO.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that MONTOYA-GUERRERO had been deported on the dates indicated on the Warrant of Removal/Deportation in the DHS A-File Number A089-430-696.

The ICE computer indices further indicated that MONTOYA-GUERRERO had not applied for or obtained permission from the Attorney General or her designated successor, the Secretary of Homeland Security, to re-enter the United States legally since MONTOYA-GUERRERO had last been deported.

9. Based on my review of MONTOYA-GUERRERO's DHS A-File Number A089-430-696, I have determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or her designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe that MONTOYA-GUERRERO has violated Title 8, United States Code, Sections 1326(a) and (b)(1) (Illegal Alien Found in United States After Deportation or Removal).

Attested to by the applicant
in accordance with the
requirement of Fed. R. Crim.
P. 4.1 by telephone on the
4th day of May 2021.

_____
UNITED STATES MAGISTRATE
JUDGE

5